### CENTRAL OF GEORGIA RAILWAY COMPANY *v.* SPARKS.

LUMPKIN, J. There being no error of law complained of in this case, and the evidence being sufficient to support the verdict, and the presiding judge having refused a new trial, this court will not interfere.

*Judgment affirmed. All the Justices concur.*

Submitted February 24,—Decided March 24, 1906.

Action for damages. Before Judge Russell. Talbot superior court. April 7, 1905.

*Charlton E. Battle* and *A. P. Persons,* for plaintiff in error.